**Northern Paper Stock Company, appellee, v. American Box Board Company, appellant. Gen. No. 29,788.**

Action for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John J. Lupe,

Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed June 9, 1925. Rehearing denied June 23, 1925.

William L. Reed, for appellant. Benjamin B. Morris, for appellee.

Mr. Presiding Justice Fitch delivered the opinion of the court.